UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT GAUVIN,

                              Plaintiff,

       -against-

FANTASIA ACCESSORIES, LTD, et al.,

                            Defendants.

-----------------------------------------------------------------X

20-CV-5477 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's Civil Case Management Plan and Scheduling Order, the parties were instructed to file a joint letter by January 8, 2021. See ECF No. 24. As of today, no letter has been filed. Accordingly, the parties shall file a joint letter no later than January 19, 2021, regarding whether the parties wish to appear before me for a settlement conference or if the parties would prefer to appear before another magistrate judge or be referred for mediation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 12, 2021
              New York, New York